# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER SHANE WHITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-0025 |
| ) | Judge Trauger |
| EVIE BRITT, in her official capacity, ) | |
| F/N/U HUGHES, Sergeant, in his official capacity, ) | |
| and SAMANTHA L/N/U, in her official capacity, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On April 30, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 37), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** as to all remaining defendants. Any appeal from this Order will not be certified as being taken in good faith. This Order constitutes the Judgment in this action.

It is so **ORDERED.**

Enter this 22nd day of May 2014.

_____
ALETA A. TRAUGER
United States District Judge